===========================================

# UNITED STATES DISTRICT COURT
## for the WESTERN DISTRICT of WASHINGTON

UNITED STATES OF AMERICA,

    vs.                    NOTICE OF CONTINUED HEARING

DONALD BERTRAM HOFF

                               CR06-4 TSZ

/XXX/TAKE NOTICE that a proceeding in this case has been **continued to** the place, date, and time set below:

| Place:<br>700 Stewart Street<br>  Seattle, Washington | Room No.<br>Courtroom 12B (east) |
|---|---|
|  | Date & Time:<br>Monday, 1 May 2006 @ 2:00pm |

| Type of Proceeding: INITIAL BOND REVOCATION HEARING  (continued from 4-12-06 ) |
|---|
| Before: United States Magistrate Judge James P. Donohue |

                                                       Bruce Rifkin<br>
                                                       Clerk of Court

                                                       /s/ Peter H. Voelker<br>
April 11, 2006                                  Peter H Voelker, Deputy Clerk